UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. P0611150 / CA 76

U.S.A.
v.

Charles Rogers

ORDER TO PAY

(this area intentionally left blank)

---

YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:

(✓) FINE of $ __965.00__   (✓) Penalty ASSESSMENT of $ __10.00__

(✓) PROCESSING Fee of $ __25.00__   for a **TOTAL AMOUNT** of $ __1000.00; $600 to be__,

paid within __30__ days / months AND \payments of $ __50.00__ per month, commencing

__12/31/2009__ and due on the __28th__ of each month until **PAID IN FULL** - note late payments
could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
(✓) COMMUNITY SERVICE __EXCUSED__ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: __12 months; Obey all laws.__

---

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

[✓] CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

[ ] CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

[ ] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __11/3/2009__        __/s/ Maribel Verduzco__
for: U.S. Magistrate Judge Dennis L. Beck

EDCA - Rev 4/2007